B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Alaron Clearing, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>822 W. Washington Street<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook County, Illinois                    60607 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☑ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Alaron Trading Corporation | Case Number<br>09-BK-28034 | Date<br>7/31/2009 |
|---|---|---|
| Relationship<br>Related Entity | District<br>Northern District of Illinois | Judge<br>Sonderby |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                    or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

**TRANSFER OF CLAIM**
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signed]_ 
Signature of Petitioner or Representative (State title)
Alan Freeman
Name of Petitioner
Date Signed 7-31-09

Name & Mailing Address of Individual Signing in Representative Capacity:
Alan Freeman
65 E. Goethe, Chicago, IL 60610

x _[signed]_ 7-31-09
Signature of Attorney  Date
Staes & Scallan, P.C.
Name of Attorney Firm (If any)
Address 111 W. Washington, Suite #1631, Chicago, IL 60602
Telephone No. 312-201-8969

x _____
Signature of Petitioner or Representative (State title)
Barry Hirsch
Name of Petitioner
Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Barry Hirsch
4468 Four Winds Lane,
Northbrook, IL 60062

x _[signed]_ 7-31-09
Signature of Attorney  Date
Staes & Scallan, P.C.
Name of Attorney Firm (If any)
Address 111 W. Washington, Suite #1631, Chicago, IL 60602
Telephone No. 312-201-8969

x _[signed]_
Signature of Petitioner or Representative (State title)
Bruce Freeman
Name of Petitioner
Date Signed 7-31-09

Name & Mailing Address of Individual Signing in Representative Capacity:
Bruce Freeman
20802 N. Grayhawk, Scottsdale, AZ 85255

x _[signed]_ 7-31-09
Signature of Attorney  Date
Staes & Scallan, P.C.
Name of Attorney Firm (If any)
Address 111 W. Washington, Suite #1631, Chicago, IL 60602
Telephone No. 312-201-8969

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alan Freeman, 65 E. Goethe, Chicago, Illinois 60610 | Breach of Contract, Breach of Fiduciary Duty, Conversion | $4,326,455 |
| Barry Hirsch, 4468 Four Winds Lane, Northbrook, Illinois 60062 | Breach of Contract, Breach of Fiduciary Duty, Conversion | $848,231.30 |
| Bruce Freeman, 20802 N. Grayhawk Drive, #1121, Scottsdale, AZ 85255 | Breach of Contract, Breach of Fiduciary Duty, Conversion | $302,238.89 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2    Name of Debtor_____

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Alan Freeman | Staes & Scallan, P.C | |
| **Name of Petitioner** — Date Signed | **Name of Attorney Firm (If any)** | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Alan Freeman, 65 E. Goethe, Chicago, IL 60610 | Address 111 W. Washington, Suite #1631, Chicago, IL 60602 | |
| | Telephone No. 312-201-8969 | |
| Signature of Petitioner or Representative (State title) | Signature of Attorney | 7-31-09 |
| Barry Hirsch   7/31/09 | Staes & Scallan, P.C. | |
| **Name of Petitioner** / Date Signed | **Name of Attorney Firm (If any)** | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Barry Hirsch, 4468 Four Winds Lane, Northbrook, IL 60062 | Address 111 W. Washington, Suite #1631, Chicago, IL 60602 | |
| | Telephone No. 312-201-8969 | |
| Signature of Petitioner or Representative (State title) | Signature of Attorney | 7-31-09 |
| Bruce Freeman | Staes & Scallan, P.C | |
| **Name of Petitioner** — Date Signed | **Name of Attorney Firm (If any)** | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Bruce Freeman, 20802 N. Grayhawk, Scottsdale, AZ 85255 | Address 111 W. Washington, Suite #1631, Chicago, IL 60602 | |
| | Telephone No. 312-201-8969 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alan Freeman, 65 E. Goethe, Chicago, Illinois 60610 | Breach Of Contract, Breach of Fiduciary Duty, Conversion | $4,326,455 |
| Barry Hirsch, 4468 Four Winds Lane, Northbrook, Illinois 60062 | Breach of Contract, Breach of Fiduciary Duty, Conversion | $848,231.30 |
| Bruce Freeman, 20802 N. Grayhawk Drive, # 1121, Scottsdale, AZ 85255 | Breach of Contract, Breach of Fiduciary Duty, Conversion | $302,238.89 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims** |

____ continuation sheets attached

07/31/2009 09:28 8473945370 VIRGINIA GREEN COUNTRY CLUB Case 09-28453 Claim 1-1 Filed 08/03/09 Entered 08/03/09 13:59:16 Desc Main #002/002
Document Page 4 of 4

RX Date/Time          07/31/2009   12:20   3126979960                                    P.002
07/31/2009 11:44      3126979960            STAES & SCALLAN                    PAGE  02

Name of Debtor_____

Case No._____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_/s/ Barry Hirsch_  _/s/ Mark Hirsch_     x_/s/_____    Date
Signature of Petitioner or Representative (State title)  7/31/09     Signature of Attorney
Barry Hirsch & Mark Hirsch          Date Signed                      Staes & Scallan, P.C
Name of Petitioner                                                    Name of Attorney Firm (If any)

Name & Mailing     Barry Hirsch & March Hirsch                        Address 111 W. Washington, Suite #1631, Chicago, IL 60602
Address of Individual    4468 Four Winds Lane, Northbrook, IL
Signing in Representative  60062
Capacity
                                                                      Telephone No. 312-201-8969

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Barry Hirsch and Mark Hirsch, 4468 Four Winds Lane Northbrook, Illinois 60062 | Breach Of Contract, Breach of Fiduciary Duty, Conversion | $123,024.34 |